UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SOLOMON UPSHAW, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 09-3452 (JAP) |
| v. : | |
| : | **ORDER ADOPTING THE REPORT** |
| JEFFREY M. BOND, et al., : | **AND RECOMMENDATION OF THE** |
| : | **MAGISTRATE JUDGE** |
| Defendants. : | |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on February 1, 2010; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

**IT IS** on this 1st of March 2010,

**ORDERED** that the Report and Recommendation filed on February 1, 2010, recommending that all claims of Plaintiff be dismissed for failure to prosecute is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiffs' complaint is **DISMISSED** without prejudice.

Accordingly, this case is **CLOSED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.